# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138117

PATRICIA CROZIER, Guardian of LAWRENCE
CROZIER, a Legally Incapacitated Person,
            Plaintiff-Appellee,

v

HENRY FORD HOSPITAL, also known as
HENRY FORD HEALTH SYSTEM,
            Defendant-Appellant,

and

JOHN DOE and RON ROE,
            Defendants.
_____/

SC: 138117
COA: 279924
St. Clair CC: 07-001309-NO

On order of the Court, the application for leave to appeal the December 11, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

_____
Clerk

d0615